

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE: AUG 08 2012



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER
ROOM 400
NEW YORK, NEW YORK 10281-1022

August 6, 2012

**Via Facsimile: 212-805-6737**

The Honorable George B. Daniels
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**SO ORDERED**
AUG 08 2012
The conference is adjourned to October 18, 2012 at 9:30 a.m.
*[signature]*
HON. GEORGE B. DANIELS

Re:   *SEC v. Tai Nguyen.; 12 Civ. 5009 (GBD)*

Dear Judge Daniels:

The undersigned counsel represents Plaintiff Securities and Exchange Commission in the above-referenced action.

We write, on behalf of the SEC and defendant Tai Nguyen, to request a 60-day adjournment of the Initial Pretrial Conference that is currently scheduled for August 16, 2012 at 9:30 a.m. This is the first request for an adjournment by either party.

The parties make this joint request because we are actively engaged in settlement discussions and hope to resolve this action relatively soon. (The defendant has already pleaded guilty in a parallel criminal action.) Please feel free to contact the undersigned if you have any questions.

Respectfully submitted,

*[signature]*

Daniel R. Marcus
Senior Counsel

cc:   David Wikstrom, Esq.
      *Counsel to Defendant Tai Nguyen*