

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER
ROOM 400
NEW YORK, NEW YORK 10281-1022

April 8, 2013

**SO ORDERED**
The conference is adjourned to June 26, 2013 at 9:30 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

**Via Facsimile: 212-805-6737**

The Honorable George B. Daniels
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *SEC v. Tai Nguyen.; 12 Civ. 5009 (GBD)*

Dear Judge Daniels:

The undersigned counsel represents Plaintiff Securities and Exchange Commission in the above-referenced action.

We write, on behalf of the SEC and defendant Tai Nguyen, to request a 60-day adjournment of the Initial Pretrial Conference that is currently scheduled for tomorrow, April 9, 2013, at 9:30 a.m. This is the fifth such request for an adjournment.

The parties make this joint request because we are engaged in settlement discussions and hope to resolve this action relatively soon. The defendant pleaded guilty in a parallel criminal proceeding, *U.S. v. Nguyen*, 12-Cr.-495 (NRB), and was sentenced a couple weeks ago. The sentencing was adjourned several times due to delays in completion of the presentence report, but now that it has occurred, the parties should be able to agree on terms to settle this action in short order.

Please feel free to contact the undersigned if you have any questions.

Respectfully submitted,

Daniel R. Marcus
Senior Counsel

cc:   David Wikstrom, Esq. (via email)
      *Counsel to Defendant Tai Nguyen*